M.D. Appeal Dkt.
121 2014

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

RALPH GILBERT, GLORIA GILBERT,   : No. 358 MAL 2014
MICHELLE TORGERSON, EDWIN   :
TORGERSON, MELDA BITTORF,   :
BEVERLY COX, WILLIAM COX,   : Petition for Allowance of Appeal from the
KIMBERLY MILES, CLEA FOCKLER,   : Order of the Superior Court
JOHN FOCKLER, LINDA ECKERT,   :
SCOTT ECKERT, WILLIAM STRINE,   :
KENNY JASINSKI, DENNIS JASINSKI,   :
KATHRYN JASINSKI, JOSEPH   :
JASINSKI, PATRICIA UNVERZAGT,   :
MEGAN JACOBS, BARBARA   :
UNVERZAGT, DONNA PARR, JEFF   :
FODEL, WENDY FODEL, JENNIFER   :
JASINSKI, JOHN JASINSKI, JUDY   :
QUEITZSCH, JEAN FRY, RICK   :
MCSHERRY, JOHN FREESE, DONNA   :
LYNN FREESE, JEFF VAN VOORHIS,   :
SUSAN LEE FOX, TERRENCE   :
FANCHER AND DONNA FANCHER,   :
  :
      Respondents   :
  :
      v.   :
  :
SYNAGRO CENTRAL, LLC, SYNAGRO   :
MID-ATLANTIC, GEORGE PHILLIPS,   :
HILLTOP FARMS AND STEVE TROYER,   :
  :
      Petitioners   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of October, 2014, the Petition for Allowance of Appeal is

**GRANTED**. The issue is:

> Did the Superior Court incorrectly interpret the Pennsylvania [RTFA] by requiring a jury trial to determine that the land application of biosolids falls within the Act's definition of a "normal agricultural operation," which was contrary to the Act and this Court's precedent that statutes of repose and statutory interpretation present questions of law for resolution by courts, not juries?